Case Number B-02-116

3

Marcos Gonzalez
_____
(Petitioner)

United States Of America
_____
(Respondent(s))

United States District Court
Southern District of Texas
FILED

JUN 2 6 2002

Michael N. Milby
Clerk of Court

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

C A B-02-116

I, Marcos Gonzalez_____ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

Are you presently employed?    ☐ Yes    ☒ No

a. If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.

_____

b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

March, 1994
_____

Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession, or form of self employment?    ☐ Yes    ☒ No
b. Rent payment, interest or dividends?                  ☐ Yes    ☒ No
c. Pension, annuities or life insurance payments?        ☐ Yes    ☒ No
d. Gifts or inheritances?                                ☐ Yes    ☒ No
e. Any other sources?                                    ☐ Yes    ☒ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

Do you own any cash, or do you have any money in a checking or saving account? (Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned.

Money in prision account $136.48
_____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?    ☐ Yes    ☒ No

If the answer is yes, state the total value of the items owned.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 8 of 9

List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Kids/ Marcos Gonzalez, Melissa Gonzalez, Mirlanda Gonzalez

I, declare *(or certify, verify or state)* under penalty of perjury that the foregoing is true and correct

Executed on __6-23-02__
                    *(date)*

_Marcos E Gonzalez_
Signature of Petitioner

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ #136.48

n account to his credit at the __FCI Beaumont Medium__

istitution where he is confined. I further certify that Petitioner likewise has the following securities to hi

'it according to the records of said __FCI Beaumont Medium__ institution

DATED __6-23-02__                   _____
                                    Authorized Officer of Institution

                                    __Counselor__
                                    Title of Officer

Michael N. Milby, Clerk
11:43 AM
JUN 2 6 2002
RECEIVED
Southern District of Texas
United States District Court

MAIL

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 9 0