IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 22 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Respondent, § | |
| § | |
| vs. § | C.R. NO. B-94-00095-01 |
| § | |
| MARCOS GONZALEZ, § | |
| Petitioner. § | |
| (C.A. No. B-02-116) § | |

**RESPONDENT'S MOTION
FOR EXTENSION OF TIME**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government" files this Motion for Extension of time requesting twenty additional days to file its response to Movant's Motion for Relief under 28 U.S.C. § 2255 and in support thereof would show the following:

The government has been ordered to respond to movant's motion under 28 U.S.C. § 2255 by October 22, 2002. The undersigned Assistant United States Attorney has completed motions and responses which required extensive research in the following causes during the previous 30 days: *United States v. Gonzalez, Jr.* No. H-02-2706; *United States v. Barnett*, No. H-02-2792; *United State v. Njoku*, No. H-02-2926; *United States v. Hernandez*, No. C-02-306; *United States v. Barboza*, No. C-02-347; *United States v. Hillhouse*, No. H-02-3239, *United States v. Mora-Ochoa*, No. B-02-24; *United States v. Montelongo*, No. M-02-349. Counsel for the government is also in the process of preparing responses on three matters due in the district court by October 25, 2002, and requires 20 additional days to complete the instant response.

The government's request for additional time is made in good faith and not for the purpose of delay.

The government prays that this court will grant the government twenty additional days to its response in this matter.

Respectfully submitted,
MICHAEL T. SHELBY
United States Attorney

By: _____
YONG J. AN
Assistant United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
State Bar No. 24033612
Fed. Id. No. 29460
(713) 567-9506

CERTIFICATE OF SERVICE

I, Yong J. An, certify that a true and correct copy of the above document has been served by placing same in the United States mail, postage prepaid, today, October 22, 2002 addressed to:

Marcos Gonzalez
Prisoner No. 65613-079
FCI (M)
P. O. Box 26040
Beaumont, TX 77720

_____
Yong J. An
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent, | §<br>§<br>§ | |
| vs. | § | C.R. NO. B-94-00095-01 |
| | § | |
| MARCOS GONZALEZ,<br>    Petitioner.<br>(C.A. No. B-02-116) | §<br>§<br>§ | |

ORDER

It is hereby ORDERED that the government's motion for twenty additional days to respond to the Movant's Motion for Relief under §2255 is GRANTED. The government's response must be filed on or before _____.

SIGNED this _____ day of _____ 2002.

_____
UNITED STATES MAGISTRATE JUDGE