IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | ~~C.R. NO. B-94-00095-01~~ |
| | § | |
| MARCOS GONZALEZ, | § | CA B-02-116 |
| Petitioner. | § | |
| (C.A. No. B-02-116) | § | |

### ORDER

It is hereby ORDERED that the government's motion for twenty additional days to respond to the Movant's Motion for Relief under §2255 is GRANTED. The government's response must be filed on or before **18 NOV 2002**.

SIGNED this **24th** day of **OCT** 2002.

_____
UNITED STATES MAGISTRATE JUDGE

3